IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 76.220.20.27

**ISP:** AT&T Internet Services
**Physical Location:** San Carlos, CA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/18/2016 14:09:09 | 8D4D8B538624452CE7DFBDBE7056EDCAEBD121B1 | Threesome With a View |
| 03/31/2016 18:16:32 | F066D1B6708BCD2B614358884E952A810B809BB0 | Crush on Kush |
| 03/19/2016 21:45:18 | EC67B556975F0445C8F3BCF1B906AF81FA485594 | Tropical Sexcapades |
| 03/17/2016 12:10:08 | 1AC69B06365B7891AE4A1939F0CF5CCE17CC7955 | These Girls Are On Fire |
| 03/01/2016 00:27:33 | 6C6B7F318AC44030C8C9B4C0890662AA48B263ED | Two Cocks In Karla |
| 02/22/2016 14:37:11 | 4EFF660BF9CD3000D5BD279B5CEF195C0A94464E | Getting Our Pussies Wet For You |
| 02/08/2016 23:36:48 | 5A7E51538A7264FB054F2D9BDCD8F344A7443E36 | A Beautiful Place |
| 02/05/2016 13:19:46 | DA36B4456A0D7A9A6184C4402E8BF3FF00A867CD | Luckiest Man Alive |
| 01/30/2016 01:20:15 | 7CFC5E11B0B6B2E2F9FDB3A1092AA92D307618FA | X-art Unauthorized Pack 7CFC5E1 |
| 01/20/2016 19:25:52 | C30316A438161C136CBEB00F62BFF5B3E3DB2654 | Sweet Sensations |
| 01/15/2016 00:01:54 | A1E23EBC120122B1DFD1DFB9014967301301D241 | X-art Unauthorized Pack A1E23EB |
| 01/10/2016 22:30:18 | 17B02DCADFC2E25B936BD8F0151EBF73992C9380 | Sexy Summer Camp |
| 01/07/2016 22:48:16 | D23E1254D04D154170EF40EE7B80DF8BA8EB92D3 | Sex At The Office |
| 12/31/2015 21:11:00 | 59B39828EC56E960501BC4C135A1182FB8C8CCBA | Black Widow |
| 12/09/2015 12:33:47 | A406CAF01E596FD71CF2CC16ABCBECE89CD20D7B | Like The First Time |
| 11/19/2015 05:32:05 | CB5360A8E6D9EC29492DDE663D6F830E9742E57E | No Turning Back Part #1 |
| 11/07/2015 16:55:13 | C8694438A999C04E06046015A0AF1D9DAA8F9F9E | Two Fingers Deep |
| 10/30/2015 15:53:15 | 3C51F17B5DEAC60CFC27949687BDB98FA9A2259C | First Time Lesbian Loving |
| 10/29/2015 03:13:47 | A5F43EC87CF6FB8DDECF19C4C34DAAC7572AB564 | Four Ways |
| 09/23/2015 16:50:44 | 88DC4EC70AB81986698CE8099924C834DE5C6A5D | Dripping Pleasures |
| 09/06/2015 13:30:48 | 0294BB72CCDC51CD5DCE35057907DAA15DA461A6 | Supermodel Sex |
| 06/21/2015 13:47:14 | 1B81045B85A4C9A67D57BA5F036FC938F7EADB3D | Rub Me The Right Way |

EXHIBIT A

NCA229

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/19/2015 10:50:02 | FEF96EE097C6DDE1BDB1ECDE552AF12D3AF752AA | Lisas Playroom |
| 05/29/2015 15:47:09 | E0B4FACCFDD6162EFACF64F2DC82AE7DC86492F0 | Do It To Me One More Time |
| 05/19/2015 14:46:02 | ACBB08C89D96ABE37B07645F5FCA39E0492BA786 | Little China Girl |
| 05/11/2015 09:18:18 | 62737EF51ED9E949D953816DCFE9EA33628E9D70 | Take Your Picture |
| 05/08/2015 20:01:04 | 86B01F91F85555112B9A12E2D4C061349F7BCF2E | Come Together Part #1 |
| 05/05/2015 23:46:43 | 76D37EF1522215E587813D5FC9723A0708A8FE9A | Cum Inside the Fantasy Suite |
| 04/12/2015 07:41:51 | 6DC3E7C798643994D856D2903D670588EC3F7036 | Little Play Thing |
| 04/07/2015 01:30:26 | 43EBC364B8B66558A9D8475CCAEB875924C35C15 | Playful and Wet |
| 02/17/2015 10:26:20 | 0132B2E826E0D52940E25AF4A3DD91CD8D7BF296 | Bring Me To My Knees |
| 02/15/2015 13:02:03 | 86850C1872C77C2D9FD984E8B5CFAE781AAD7D4F | Spread Wide Open |
| 02/13/2015 12:38:19 | 22DB8EA7922DB9D5420BCA70FBAF15CDBC30DFBB | In The Mirror |
| 02/01/2015 01:04:02 | DC17B56F8ABC0D4B12552CDADFFE329D1EDDFADC | Maybe Yes |
| 01/28/2015 12:41:40 | 8F841D13D963CAEAB09C1B9449CC3C4E08D551B0 | The Studio Part #2 |
| 01/24/2015 14:54:20 | 3ABBE8FC24662B2472878FD05F6DD6FF7D66496A | The Studio Part #1 |
| 01/15/2015 13:00:53 | 37F2CDEFCB0DF1131F6B41F141031F6B450A168E | Girls Night Out |
| 01/15/2015 06:13:51 | F73E2C3116080862BCB01506B7F12CAA412C8CCE | Love From USA |
| 01/09/2015 11:40:37 | EB47647F0B410EA2A94999F1189185B3BF4684CC | The Secretary |
| 01/05/2015 10:16:34 | 6A9F23DDD0368FA4CED215D815D0B50731101716 | Barely Fits |
| 01/03/2015 08:04:17 | 765A02122C910EC1DD0F11B8D63179E952DCC987 | Angie VIP Lounge |
| 01/02/2015 09:01:02 | 7B05FC4ECB9C6D085C72EE50AE9DC411BE41A0D8 | Never Better |
| 01/01/2015 23:35:29 | 5EB15D775FE1E311CB23F5352056E3522AB67984 | East Meets West |
| 12/18/2014 18:44:22 | CC476B3CF1ADB7F60CF4547064D849CE428D75A1 | Enjoy the Ride |
| 12/13/2014 21:28:40 | 74B513F8C46E7BDEDD8BCEDE99AEA51B6DBF0933 | First Time |
| 12/06/2014 15:59:08 | D31250F2F583DFEFF9AC794E0CC750A74ABF46E6 | I Want You To Want Me |
| 12/02/2014 11:24:36 | 8DFDC4DCB140F053C4CCF483ABBFE8B09BF49706 | Light My Fire |

EXHIBIT A

NCA229

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/01/2014 19:36:34 | 382752D1F911547301264BF7C35EC6C3621B5497 | Forever You Part #2 |
| 11/19/2014 12:12:35 | 46462158DAC0A1E77893035A4D0BFC154906A058 | Tight and Wet |
| 11/14/2014 19:14:31 | CCF211084FDF71B0233CA2A941E1551AC59B716E | Deep Down In Me |
| 10/27/2014 13:57:37 | 2EC84B467597DD2833FFB8D2E7332F9FAE132A3C | Do Me Darling |
| 09/25/2014 15:05:08 | E1B747934C259C7C37B1C893EB78E2C7DBA0E4AC | Sparks |
| 09/25/2014 10:12:07 | EE8B0EBB9BF26446B57B196EBB1B0899B028F40D | Cum On The Floor |
| 09/19/2014 16:44:50 | 0C485A86BB4EB968F1BDCD9D362FF25C98C72879 | Fun For Three |
| 09/13/2014 05:32:02 | F4A603FA82FF9BC65C4E84E21AAF402B357D6A03 | Lisas Hidden Cam |
| 09/06/2014 03:52:38 | B952E3FE673ECBBFDCE0939171AF6DAF98C57B66 | Our Little Cum Cottage |
| 08/31/2014 20:28:48 | BDEBC6312761D8E5223135F25155CE1730D74E5F | Tiffanys Tight Ass |
| 08/16/2014 14:17:41 | AE32E512E709DB959DC255C940715AF582D542FA | A Dream Of You |
| 08/14/2014 07:41:27 | 27675F9D68610B2510C9DC01362C0CF722050359 | Thunderstorm Love |
| 08/09/2014 12:26:27 | 089330FBBDFB58C26188A2DD5DDB5F9106CBB73C | In the Blind |
| 08/08/2014 10:40:25 | 2FD915EA98AC10E77B2C9FCD024F5093409E7E2F | Breakfast At Eves |
| 08/03/2014 20:22:09 | 93882D41DE0FBACD7A5D1B62C2A2F157C805A364 | Any And All For You |
| 07/28/2014 05:41:33 | 4AD2B662A96BE19DD71CEFB3D71C167B4F22BC70 | Precious Metal |
| 07/23/2014 16:25:19 | 555E50281288E1C0BC8B08407A169AE6B09663A5 | Listen To Me Cum |
| 07/19/2014 14:01:31 | 46534E73B0D16742309BCAF6FB5D8F8DCEF5EC95 | Rock Me Baby |
| 07/18/2014 05:19:25 | 4DE2FB6D17B12DABDEA235FC69470170FAB43DF6 | Yours Forever |
| 07/14/2014 13:36:51 | 221154C63C9318CCC8402F0580BBE4E83F5F6161 | Sweet Awakening |
| 07/14/2014 10:29:59 | 02744D186E0956E552C9AD10D76F915C46AA2D0C | Chloe Loves Carl Part 2 |
| 07/14/2014 08:56:37 | 9725DCA424CEA692079F4259BEE503C1B16F5B5E | Summertime Lunch |
| 06/27/2014 14:12:40 | 56A06F2899B6AC8BD485986E48940491FEF32B32 | Sexy In The City |
| 06/26/2014 01:02:23 | FA76CE3F3CB36E3F7320B8DC22178B670477B84C | Drinks For Two |
| 06/23/2014 23:38:20 | 2E6C1013BB4CCAEA05E359D66BB514B5C88DE14C | Come Close |

EXHIBIT A

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/22/2014 14:53:44 | 29E923A36469A7C10A7B3E883444F071CDBD0945 | Lovers Way |
| 06/10/2014 09:09:08 | 295B0CFB8AC1390C87A99443D7B1CFE852D7824A | Just Jennifer |
| 05/30/2014 01:11:20 | CC2228DBFA53DB83C886724F18487A3B5B9DCC46 | Morning Glory |
| 05/27/2014 01:30:07 | AA2DF9815ABEB273AC256476155C32C4DC608CDB | Epic Love |
| 05/22/2014 19:26:52 | 1ADFB1AAD7EAB7E4BA39F16BA2B16C1969DBE55A | Just Watch |
| 05/21/2014 18:35:46 | F30DFC38D86832C2252633A6967287C5ED4F1F53 | A Thought of You Part 2 |
| 05/04/2014 22:19:11 | 75E4AF91624567D8AC02B5CE40C5B207DBF687B8 | Surprise Surprise |
| 05/03/2014 07:43:18 | 772D124E3881ABF9CB41FBB2DA03712B9A842CE7 | I Want You To Watch Me |
| 04/29/2014 11:40:51 | FEDE116F274326D1984D76D216D0DE8800F22F58 | Putting On A Show For You |
| 04/28/2014 14:23:55 | E3D0ECD62AC239734AF56342913472D0757B4E64 | Not Alone |
| 04/28/2014 14:07:18 | 6D49FF84A616C511D7546281E353CF1102501445 | Double Tease |
| 01/30/2014 16:37:31 | 280BBFC2FF866F31CA4435C151835F89BC1B2FB6 | A Hot Number |
| 01/28/2014 00:27:44 | 155DCCB5BE1EF1D4FA0715F9363086D52C1CCE57 | No Hurry |
| 01/20/2014 10:08:20 | 5FFD111B645C6FBB09011561D4429404574D008C | Mile High Club |
| 01/20/2014 08:08:57 | CF4746BCB3875AB0A6E33343DE3AA0A0BE36A7C3 | I Will See You In The Morning |
| 01/19/2014 14:47:46 | 91DC7B1778E4991271119B567B0420D9167F7DD6 | Alone Is A Dream Left Behind |
| 01/13/2014 13:46:05 | 6663253294D2B79B613C73FE93A416D862F26082 | No Turning Back Part #2 |
| 01/12/2014 18:33:06 | 3DBB1119134C7285616B01EC8A17F6D6796E1B43 | Creamy |
| 01/09/2014 10:19:38 | 8A287B10986C409CAC87D9549795FB5D3636A854 | Zeppelin on Fire |
| 01/07/2014 11:22:09 | 3C00FC196067141B2C821CFF44119A5BB38411C2 | In for the Night |
| 12/08/2013 02:41:27 | FA49B213E99A2183027DE63F70EBDA6F15EF5697 | A Gift from Colette |
| 12/05/2013 21:02:03 | 4A2A92FD3F9CFF2EEA9E8AFF7202D8AE15B90D10 | Ready for Love |
| 12/02/2013 09:09:03 | F6D4A089BD89EF4159DB5F3956DCD800A4429672 | Many Shades of Grey |
| 12/01/2013 12:26:11 | 019650D10FDD6E5088423F036E97C2A0E627DACA | Rolling in the Sheets |
| 11/26/2013 12:21:12 | F91302932611220092A66DBAF976B4223452BB5E | Arrest Me |

EXHIBIT A

NCA229

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/26/2013 11:43:01 | BBA334C79959B8C3EBCDD5647866DF199AE6D22E | Going Strong |
| 11/24/2013 03:06:58 | 534A59720ACB49820E3D71CE8DE7CB7034599E05 | Tease and Please |
| 11/05/2013 02:12:44 | 90CA238A1DDEC0A42A1062BEC529F5D8D563EE26 | Simply Stunning |
| 11/03/2013 15:53:40 | F84E7BD9064DC07A14CFD0658A4F3600C3C656E1 | Blindfold Me Part #2 |
| 10/29/2013 19:15:39 | 45DC4C75A52E734324368B98FFA827362758CBB5 | My Naughty Girl |
| 10/29/2013 17:41:23 | ED7496ED0E6BAC80C362825B23FEDC6BEF57D9B2 | Body Language |
| 10/15/2013 04:40:42 | D54707E12C75DA136AF89026A733513B521D24AD | Made for Each Other |
| 10/08/2013 08:19:15 | 1D69B6FCF94F144E6FA519F4A0944C6386483036 | The Journey |
| 10/06/2013 14:04:53 | 9AC430827C388A06B75434A9C24A706138BD6253 | In Charge |
| 10/06/2013 08:39:42 | F69E2D7F7A19D3EEB90FC1C3FD2BB6F7ADC0FCFD | Sneaking In |
| 09/27/2013 04:17:30 | BBE2F84CBC5478EEB898C77E13F526BD7BB655D5 | Love with a View |
| 09/23/2013 10:23:07 | 6342D167B1E942C52BB10A613698830D6693B23A | First and Forever |
| 09/22/2013 07:40:42 | 0C4D06B05D86BC16BF4294D08F3DE0FC04122556 | We Love Ourselves |
| 09/21/2013 11:24:56 | DFEA3BF5C9B2760B4A25C1000D0AD8F92BBB887C | Unveiling Part #1 |
| 09/18/2013 11:08:08 | 8253B11CB0538D632B448340AEC0BA9FC7184239 | Malibu Moments |

**Total Statutory Claims Against Defendant: 122**

EXHIBIT A

NCA229